**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 417-63 |
| | ) | |
| ALBERT LAWYER, III | ) | |

## ORDER

After an independent and de novo review of the record, the Court concurs with

the Magistrate Judge's Report and Recommendation, to which no objections have been

filed.   Accordingly, the Report and Recommendation of the Magistrate Judge is

adopted as the opinion of the Court.

So ORDERED, this ___4___ day of December, 2017.

HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA